United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 15-11035-amc
Jeffrey S. Roberts, Sr.                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Jun 16, 2020
                              Form ID: 138NEW          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2020.
```
db            +Jeffrey S. Roberts, Sr.,    831 Houston Street,    Columbia, PA 17512-1506
13474354       GM Financial,    1820 E. Sky Harbor Circle,    South Ste. 150,    Phoenix, AZ 85034
13474356      +HSBC,    PO Box 5253,    Carol Stream, IL 60197-5253
13474355      +Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
13558267       M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
14507726      +M&T Bank,    C/O Rebecca A. Solarz, Esq.,    KML Law Group,    701 Market Street Suite 5000,
                Philadelphia, PA. 19106-1541
13559849      +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC#D3347-014,
                3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
13474360       Wells Fargo Home Mortgage,    PO Box 11701,    Newark, NJ 07101-4701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jun 17 2020 04:23:18      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 17 2020 04:22:44
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 17 2020 04:23:13     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jun 17 2020 04:23:04      KeyBank N.A.,
                4910 Tiedeman Road,    Brooklyn, OH 44144-2338
cr             E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:28:55      Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13484148       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 17 2020 04:22:27
                Americredit Financial Services, Inc.,    PO Box 183853,    Arlington TX 76096
13483389      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jun 17 2020 04:22:27
                AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
13485495       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 17 2020 04:28:45      CACH, LLC,
                PO Box 10587,    Greenville, SC 29603-0587
13474357      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jun 17 2020 04:23:04      Key Bank,
                4910 Tiedeman Road,    Cleveland, OH 44144-2338
13499374      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jun 17 2020 04:23:04      KeyBank National Assoc.,
                4910 Tiedeman Rd.,    Brooklyn, OH 44144-2338
13474358       E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:28:35      Lowes/GECRB,    PO Box 530914,
                Atlanta, GA 30353-0914
13474359       E-mail/Text: camanagement@mtb.com Jun 17 2020 04:22:29     M & T Bank,    PO Box 900,
                Millsboro, DE 19966-0900
13548356       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 17 2020 04:28:41
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13485980       E-mail/PDF: rmscedi@recoverycorp.com Jun 17 2020 04:29:27
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 14
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             AmeriCredit Financial Services, Inc.
cr*            CACH, LLC,    PO Box 10587,    Greenville, SC  29603-0587
13483390*     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
13481146     ##+Wells Fargo Bank NA,    c/o Kimberly A. Bonner, Esq.,    Zucker, Goldberg & Ackerman LLC,
                200 Sheffield St., Ste. 101,    Mountainside, NJ 07092-2315
                                                                                   TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Randi              Page 2 of 2                  Date Rcvd: Jun 16, 2020
                              Form ID: 138NEW          Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2020 at the address(es) listed below:
              KARINA    VELTER     on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KIMBERLY A. BONNER     on behalf of Creditor    WELLS FARGO BANK, N.A. kab@jsdc.com,  jnr@jsdc.com
              REBECCA ANN SOLARZ     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              THOMAS W. FLECKENSTEIN    on behalf of Debtor Jeffrey S. Roberts, Sr. tom@fleckensteinpalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jeffrey S. Roberts, Sr.

    Debtor(s)

Bankruptcy No: 15−11035−amc

Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

    For The Court
    Timothy B. McGrath
    Clerk of Court

Dated: 6/16/20

53 − 52
Form 138_new